UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61132-mc

IN RE: Request from Ukraine pursuant to the Treaty
between the Government of the United States
of America and the Government of Ukraine
on Mutual Legal Assistance in Criminal Matters,
in the Matter of Infolink Information Services, Inc.

_____/

MAGISTRATE JUDGE
SELTZER



APPLICATION FOR ORDER PURSUANT TO AN AGREEMENT
ON MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS
AND TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order, pursuant to Article 5 of the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Ukraine, in force February 27, 2001, __ U.S.T. __, 1998 U.S.T. LEXIS 203, 28 U.S.C. § 1782, and the Court's own inherent authority, appointing Bertha R. Mitrani as commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Ukraine made pursuant to said Treaty.

Respectfully submitted,
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255, ext. 3511
Fax: 954/356-7336
Email: bertha.mitrani@usdoj.gov



# ГЕНЕРАЛЬНА ПРОКУРАТУРА УКРАЇНИ

01011, м. Київ, вул. Різницька, 13/15

25.04.2007 № 14/2-31862-07

На № ___ від ___

Департамент юстиції
Сполучених Штатів Америки

Rex Young
Senior Counsel
Office of International Affairs
Department of Justice
Suite 800
1301 New York Ave., N.W.
Washington, D.C. 2005

Шановний пане Янг!

У провадженні Головного управління з розслідування особливо важливих справ Генеральної прокуратури України знаходиться кримінальна справа № 49-2084, яка порушена за ознаками злочину, передбаченого частиною 2 статті 163 Кримінального кодексу України. Обставини скоєння злочину ґрунтовно викладені в клопотанні, що додається.

Під час розслідування вказаної кримінальної справи виникла необхідність у проведенні ряду процесуальних дій на території Сполучених Штатів Америки.

Генеральна прокуратура України засвідчує свою повагу Департаменту юстиції Сполучених Штатів Америки і у відповідності до положень Договору між Україною та Сполученими Штатами Америки "Про взаємну допомогу у кримінальних справах" від 22.07.1998 року, звертається з проханням організувати виконання, у можливо стислі терміни, запиту українського слідчого органу про надання правової допомоги у кримінальній справі.

Генеральна прокуратура України запевняє, що отримані матеріали будуть використані українськими правоохоронними органами виключно під час розслідування даної кримінальної справи та її розгляду в суді.

Матеріали виконаного доручення, прошу надіслати до Генеральної прокуратури України з посиланням на наш вихідний номер.

Додаток: матеріали клопотання на 6 аркушах.

З повагою

Начальник
міжнародно-правового управління                                             В.В. Касько

вик. Дурноп'янов А.О. тел.(044) 288-95-58

04.2007   14/2-31862-07

Rex Young
Senior Counsel
Office of International Affairs
U.S. Department of Justice
Suite 800
1301 New York Ave., N.W.
Washington, D.C. 20005

Dear Mr. Young,

The Main Department of Investigation of Particularly Important Cases of Ukraine attached to The Prosecutor General's Office of Ukraine is investigating the criminal matter № 49-2084, initiated by the elements of crime envisaged by section 2 of Art. 163 of the Criminal Code of Ukraine.

The need of carrying out the procedural actions on the territory of the United States of America has arisen in the course of investigation the indicated case.

The Prosecutor General's Office of Ukraine expresses its consideration to the U.S. Department of Justice and in conformity with the Agreement between the United States of America and Ukraine "On Mutual Legal Assistance in Criminal Matters" of 22.07.1998, applies for organizing the execution of the request of the ukrainian investigation body on providing legal assistance in the criminal matter in the shortest possible term.

The Prosecutor General's Office of Ukraine assures that the received materials will be used solely in the course of investigation of this criminal matter and its consideration at court.

The materials of the executed commission, please, send at the address of The Prosecutor General's Office of Ukraine quoting our reference number.

Enclosure: the materials of the demand on 6 pages.

Respectfully yours,

Head
of International Law Department                                              V.V. Kasko

By: A.O. Durnopyanov   tel: (044)288-95-58      "signatures"

Translated by:                                                                O. Syva

КОМУ: компетентним органам Сполучених Штатів Америки

ЩОДО: запиту про допомогу в розслідуванні кримінальної справи, порушеної за фактом порушення таємниці телефонної розмови Голови Верховної Ради України Мороза О.О. за ознаками злочину, передбаченого частиною 2 статтею 163 Кримінального кодексу України.

## КЛОПОТАННЯ ПРО НАДАННЯ МІЖНАРОДНОЇ ПРАВОВОЇ ДОПОМОГИ:

місто Київ                                                                      11 квітня 2007 року

Україна звертається із запитом про надання допомоги компетентними органами Сполучених Штатів Америки згідно з Договором між Сполученими Штатами Америки і Україною про взаємну правову допомогу у кримінальних справах, підписаним 22 липня 1998 року у Києві.

Головне управління з розслідування особливо важливих справ Генеральної прокуратури України проводить розслідування у кримінальній справі **№49-2084** за фактом порушення таємниці телефонної розмови Голови Верховної Ради України Мороза О.О. з послом Великої Британії в Україні, за ознаками злочину, передбаченого частиною 2 статтею 163 Кримінального кодексу України.

Особи, які вчинили зазначений злочин не встановлені.

## ОБСТАВИНИ СПРАВИ:

Текст незаконно зафіксованої телефонної розмови був опублікований у січні 2007 року на сайті www.ord.kiev.ua, який на той час мав IP-адресу: 69.60.117.188. Адреса була розміщена американською компанією Infolink Information Services Inc., 2400 F.Las Olas Blvd, Fort Lauderdale, FL,US.

Є підстави вважати, що особи, які керували, або керують, веб-сайтом www.ord.kiev.ua можуть бути підозрюваними або мають зв'язки з підозрюваними по справі, тому є необхідність ідентифікувати власників (операторів) зазначеного веб-сайту з метою їх подальшого допиту.

Компанія Infolink Information Services Inc. є єдиним джерелом інформації щодо власників зазначеного веб-сайту.

Враховуючи, що досудове слідство у цій справі має значний суспільний резонанс та має бути закінчено в стислі строки, Генеральна прокуратура України просить надати термінову допомогу для виконання цього запиту.

Генеральна прокуратура України просить, щоб відповідні органи США зберігали конфіденційність змісту цього запиту, наскільки це можливо згідно з законодавством США, оскільки розголошення відомостей з цього

запиту може ускладнити збір доказів у справі.

**Стаття 163 Кримінального кодексу України:** „Порушення таємниці листування, телефонних розмов, телеграфної чи іншої кореспонденції, що передаються засобами зв'язку або через комп'ютер".

**Частина 1**: Порушення таємниці листування, телефонних розмов, телеграфної чи іншої кореспонденції, що передаються засобами зв'язку або через комп'ютер, -
караються штрафом від п'ятдесяти до ста неоподаткованих мінімумів доходів громадян або виправними роботами на строк до двох років, або обмеженням волі до трьох років.

**Частина 2**: Ті самі дії, вчинені щодо державних чи громадських діячів або вчинені службовою особою, або з використанням спеціальних засобів, призначених для негласного зняття інформації, -
караються позбавленням волі на строк від трьох до семи років.

На підставі викладеного, керуючись Договором між Сполученими Штатами Америки і Україною про взаємну правову допомогу у кримінальних справах, підписаним 22 липня 1998 року у Києві Головне управління з розслідування особливо важливих справ Генеральної прокуратури України звертається до Вас з проханням допомогти одержати від компанії Infolink Information Services Inc. в письмовому вигляді <u>інформацію</u> (матеріали електронного листування, поштові відправлення, кореспонденцію, довідки, копії документів які засвідчують особистість власників веб-сайту, або інші види інформаційних речових доказів) <u>щодо осіб, які започаткували, керували, оновлювали, є власниками або іншим чином представляли веб-сайт www.ord.kiev.ua.</u>

Головне управління з розслідування особливо важливих справ Генеральної прокуратури України гарантує, що будь-які відомості та документи, одержані в результаті виконання даного запиту будуть використані тільки з метою проведення досудового слідства для зібрання доказів у кримінальній справі №49-2084, а також розгляду в суді, і не підлягають використанню в інших цілях.

Головне управління з розслідування особливо важливих справ Генеральної прокуратури України зобов'язується надати відповідну допомогу правоохоронним органам Сполучених Штатів Америки.

**Матеріали виконаного клопотання прошу направити до Головного**

управління з розслідування особливо важливих справ Генеральної прокуратури України за адресою: 01011 м. Київ, вулиця Різницька, 13/15.

У разі виникнення будь-яких запитань щодо цього запиту або його виконання просимо зв'язуватися із заступником начальника відділу Головного управління з розслідування особливо важливих справ Генеральної прокуратури України Ленським Сергієм за телефоном 8-044-200-71-27.

*Висловлюю подяку за допомогу у виконанні клопотання і сприяння в розслідуванні!*

Заступник начальника відділу
Генеральної прокуратури України
старший радник юстиції                                         С. Ленський

**TO: Competent bodies of the United States of America**

ABOUT: inquiry on assistance in investigation of criminal case opened upon violation of secrecy of a phone conversation of the Head of the Verkhovna Rada of Ukraine O.O. Moroz with signs of crime stipulated by part 2 of Article 163 of the Criminal Code of Ukraine.

## APPLICATION ON PROVISION OF INTERNATIONAL LEGAL ASSISTANCE:

**Kyiv**  **April 11, 2007**

Ukraine is hereby submitting an inquiry on provision of assistance by competent bodies of the United States of America according to the Agreement between the USA and Ukraine on mutual legal assistance in criminal cases, signed on July 22, 1998, in Kyiv.

The main administration on investigation of especially important cases of the General Prosecutor's Office of Ukraine is conducting investigation of criminal case **No. 49-2084** upon violation of secrecy of a phone conversation of the Head of the Verkhovna Rada of Ukraine O.O.Moroz with the Ambassador of Great Britain in Ukraine, with signs of crime stipulated by part 2 of Article 163 of the Criminal Code of Ukraine.

The persons who committed the specified crime have not been identified.

### DETAILS OF THE CASE:

The text of illegally noted down phone call was published in January 2007 on the website www.ord.kiev.ua which at that time had IP-address 69.60.117.188. The address was placed by the American company Infolink Information Services Inc., 2400 F.Las Olas Blvd, Fort Lauderdale, FL, US.

There are reasons to believe that the persons who administered or still administer the website www.ord.kiev.ua may be suspected or have ties with the suspected persons in this case, and so there is a need to identify the owners (operators) of the specified website for the purposes of their interrogation.

Infolink Information Services Inc. is the only source of information about the owners of the specified website.

Перекладач попереджений про кримінальну відповідальність за завідомо неправильний переклад згідно зі статтями 384, 385 КК України.

_____   _____Сірош Ю._____
(підпис)                                      (прізвище)

Considering that the pre-trial investigation of this case has a serious public resonance and should be completed within the shortest possible term, the General Prosecutor's Office of Ukraine is asking to provide urgent assistance for execution of this inquiry.

The General Prosecutor's Office of Ukraine is also asking that the respective bodies of the USA preserved confidentiality of this inquiry as much as it is possible according to the legislation of the USA, as disclosure of this inquiry may complicate collection of evidence in this case.

**Article 163 of the Criminal Code of Ukraine: "Violation of Secrecy of Correspondence, Phone Calls, Telegraph or Other Correspondence Being Transferred by Means of Communication or Computer"**

<u>Part 1:</u> Violation of secrecy of correspondence, phone calls, telegraph or other correspondence being transferred by communication means or computer,-
shall be punished by penalty between fifty and one hundred non-taxable minimal incomes of citizens or correctional works for the term of up to two years, or freedom restriction for up to three years.

<u>Part 2:</u> The same actions performed with regard to the state or public activists or performed by an official, or performed with the use of special means designed for secret collection of information,-
shall be punished by imprisonment for the term of three to seven years.

On the basis of the above-said, being guided by the Agreement between the USA and Ukraine on mutual legal assistance in criminal cases signed on July 22, 1998, in Kyiv, the Main Administration on investigation of especially important cases of the General Prosecutor's Office of Ukraine is addressing to you with a request to assist in reception of <u>information</u> in writing from Infolink Information Services Inc. (materials of electronic correspondence, postal shipments, correspondence, certificates, references, copies of documents identifying the owners of the website, or other types of informational material evidence) <u>with regard to the persons who founded, administered, updated, owned (or are owning) or otherwise represented the website www.ord.kiev.ua.</u>

The Main Administration on investigation of especially important cases of the General Prosecutor's Office of Ukraine guarantees that any information and documents obtained as a result of execution of this inquiry shall be used only for the purposes of pre-trial investigation to collect evidence in criminal case No. 49-

---

Перекладач попереджений про кримінальну відповідальність за завідомо неправильний переклад згідно зі статтями 384, 385 КК України.

_____          _____Сірош Ю._____
     (підпис)                              (прізвище)

2084, as well as for consideration of the case in court, and shall not be subject to use for other purposes.

The Main Administration on investigation of especially important cases of the General Prosecutor's Office of Ukraine shall undertake to provide respective assistance to the law enforcement bodies of the United States of America.

Please send the materials of executed application to the Main Administration on investigation of especially important cases of the General Prosecutor's Office of Ukraine at the address: 01011, Kyiv, Riznytska str., 13/15.

Should any questions arise about this inquiry or its execution, please contact Deputy Director of the department of the Main Administration on investigation of especially important cases of the General Prosecutor's Office of Ukraine Sergii Lenskyi (phone 8-044-200-71-27).

*We would like to thank you for assistance in execution of this application and facilitation of our investigation.*


Deputy Director of the department
of the General Prosecutor's Office of Ukraine,
Senior Justice Advisor                        [signature]        S. Lenskyi


Перекладач попереджений про кримінальну відповідальність за завідомо неправильний переклад згідно зі статтями 384, 385 КК України.

_____                 _____Сірош Ю._____
      (підпис)                                   (прізвище)



*True translation from Ukrainian into English*

*Director of Translation & Interpretation Services:*

*13.04.07*





ЦЕНТР ПЕРЕКЛАДІВ "ТРіС" - Україна. Київ. вул. Городецького. 11-А. т.: 229 3057. т./ф.: 228 1513

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**CIV - DIMITROULEAS**

(b) County of Residence of First Listed Plaintiff    United States
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Bertha R. Mitrani
United States Attorney's Office
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

**MAGISTRATE JUDGE**
**SELTZER**

## DEFENDANTS
IN RE: Request from Ukraine pursuant to the Treaty between the Government of the United States of America and the Government of Ukraine on Mutual Legal Assistance in Criminal Matters, in the

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

**07-61132**

(d) Check County Where Action Arose:  ☐ DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

0:07mc 61132-WPD-BSS

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

FILED by YC INTAKE
AUG 10 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## V. ORIGIN  (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1782

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE
08/10/2007

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT  Gov't.   APPLYING IFP _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61132

IN RE: Request from Ukraine pursuant to the Treaty
between the Government of the United States
of America and the Government of Ukraine
on Mutual Legal Assistance in Criminal Matters,
in the Matter of Infolink Information Services, Inc.
_____/

### ORDER

Upon application of the United States, and upon review of the request from Ukraine seeking evidence under the <u>Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Ukraine</u>, in force February 27, 2001, _ U.S.T. _, 1998 U.S.T. LEXIS 203, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Bertha R. Mitrani appointed as Commissioner of this Court and hereby directed to take such steps as are necessary to execute the request. In doing so, the Commissioner is not required to follow the Federal Rules of Civil Procedure and the following rules shall govern:

1. the Commissioner may issue commissioner's subpoenas to be served at any place within the United States on persons (natural and artificial) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. the Commissioner shall provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. the Commissioner shall adopt procedures to collect the evidence requested consistent with its use in the investigation or proceeding for which it has been requested, which procedures may be specified in the request or provided by or with the approval of the Central Authority under the Treaty;

4. the Commissioner, in collecting the evidence requested, may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, specials agents of the Federal Bureau of Investigation and/or representatives of Ukraine who, as authorized or directed by the Commissioner, may direct questions to any witness;

5. any person from whom the Commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the Commissioner;

6. the Commissioner may seek such further orders of this Court as may be necessary to execute this request, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt; and

7. the Commissioner shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that office for transmission to Ukraine.

IT IS FURTHER ORDERED that INFOLINK INFORMATION SERVICES INC. shall not disclose to its customer www.ord.kiev.ua, or to any person jointly holding an account with that customer, any aspect of this matter, including the fact that it has received a subpoena or has given testimony or evidence in response thereto.

**DONE AND ORDERED** in Chambers at Fort Lauderdale. Broward County, Florida, this _____ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE